DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID MILLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-3771

[September 6, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 76-004041CF10A.

Carey Haughwout, Public Defender, and J. Woodson Isom, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Joseph D. Coronato, Jr., Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Rogers v. State*, 42 Fla. L. Weekly D1493 (Fla. 4th DCA July 5, 2017); *Rooks v. State*, 42 Fla. L. Weekly D1573 (Fla. 3d DCA July 12, 2017); *Currie v. State,* 219 So. 3d 960 (Fla. 1st DCA 2017).

GERBER, C.J., GROSS and CONNER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*